Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
Kenneth H. Frenchman, Esq. (KF-3635)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER                                   :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION                               :
                                                                 :
                                                                 :
                                                                 :
                                                                 :
                                                                 :
-----------------------------------------------------------------X
JORGE PENA,                                                      :   07-CV-1682-AKH
                                                                 :
                               Plaintiff,                        :
                                                                 :   **NOTICE OF ADOPTION**
       - against -                                               :   **OF ANSWER**
                                                                 :   **TO MASTER COMPLAINT**
4101 AUSTIN BLVD CORPORATION, *et al.*,                          :   **BY MERRILL LYNCH**
                                                                 :
                               DefendantS.                       :   **ELECTRONICALLY FILED**
                                                                 :
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       September 14, 2007

                           DICKSTEIN SHAPIRO LLP

                     By:  /s/ Judith R. Cohen_____
                           Robert J. Higgins (RH-6477)
                           Judith R. Cohen (JC-8614)
                           Kenneth H. Frenchman (KF-3635)
                           1177 Avenue of the Americas
                           New York, New York 10036
                           Phone: (212) 277-6500
                           Fax: (212) 277-6501
                           *Attorneys for Defendant*
                           MERRILL LYNCH & CO., INC.