UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------------X    07CV01682(AKH)
JORGE PENA,

                                    Plaintiffs,

        - against –

                                                                       ANSWER

4101 AUSTIN BLVD CORPORATION, ALAN KASMAN DBA
KASCO, ANN TAYLOR STORES CORPORATION, BATTERY
PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., ENVIROTECH CLEAN AIR, INC., FGP 90 WEST
STREET INC., GPS ENVIRONMENTAL CONSULTANTS, INC.,
GRUBB & ELLIS MANAGEMENT SERVICES HILLMAN ENVIRONMENTAL
GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., KIBEL COMPANIES,
MERRILL LYNCH & CO. INC., MOODY'S HOLDINGS,
INC., NOMURA SECURITIES INTERNATIONAL, INC.,
ONE WALL STREET HOLDINGS, LLC. STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK
OF NEW YORK COMPANY INC., TOSCORP INC., WESTON
SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER
B HOLDING CO., LP, AND WFP TOWER B. CO., L.P. ET AL

                                   Defendants.
-------------------------------------------------------------------------------------X

       PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated

August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                         Yours, etc.

                         FRIEDMAN, HARFENIST, LANGER & KRAUT
                         Attorneys for Defendant –Envirotech
                         3000 Marcus Avenue, Suite 2E1
                         Lake Success, New York 11042
                         (516) 775-5800

                         BY: _____
                                Heather L. Smar (4622)