UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

------------------------------------------------------------X

JORGE PENA, : 07-CV-1682-AKH

              Plaintiff,

             : **APPEARANCE**

  - against -

4101 AUSTIN BLVD CORPORATION, *et al.*,

             : **ELECTRONICALLY FILED**

            Defendants.
------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York         DICKSTEIN SHAPIRO LLP
         October 3, 2007

                                 By:    ___/s/ Judith R. Cohen___
                                            Judith R. Cohen (JC-8614)
                                            1177 Avenue of the Americas
                                            New York, New York 10036
                                            Phone: (212) 277-6500
                                            Fax: (212) 277-6501
                                            *Attorney for Defendant*
                                            MERRILL LYNCH & CO., INC.


DOCSNY-271556v01