UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER                 21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-----------------------------------------------------------------x
JORGE PENA

                                         Plaintiff,        Index No.: 07 cv 1682

      -against-

RELATED BPC ASSOCIATES, INC.,                   **NOTICE OF**
RELATED MANAGEMENT CO., L.P.,                   **APPEARANCE**
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC. and              **ELECTRONICALLY**
LIBERTY VIEW ASSOCIATES, L.P.,                  **FILED**

                                         Defendants.
-----------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., THE RELATED REALTY GROUP, INC., and LIBERTY VIEW ASSOCIATES, L.P.**

I certify that I am admitted to practice in this court.

Dated:     New York, New York
           January 23, 2008

                                               LONDON FISCHER LLP
                                By:   _____
                                      Gillian Hines Kost (GK-2880)
                                      59 Maiden Lane
                                      New York, New York 10038
                                      Phone: (212) 972-1000
                                      Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P.,
THE RELATED REALTY GROUP, INC.,** and
**LIBERTY VIEW ASSOCIATES, L.P.**

K:\VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance