UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
IN RE: LOWER MANHATTAN DISASTER SITE : 21 MC 102 (AKH)
LITIGATION :
:
:
------------------------------------------------------------ X
:
JORGE PENA, : 07-CV-1682(AKH)
:
                Plaintiff, :
:
-against- :
:
160 WATER ST., INC., 160 WATER STREET : **FGP 90 WEST STREET,**
ASSOCIATES, 4101 AUSTIN BLVD : **INC.'S NOTICE OF**
CORPORATION, ALAN KASMAN DBA KASCO, : **ADOPTION OF ANSWER TO**
ANN TAYLOR STORES CORPORATION, : **MASTER COMPLAINT**
BATTERY PARK CITY AUTHORITY, :
BLACKMON-MOORING-STEAMATIC :
CATASTOPHE, INC. D/B/A BMS CAT, :
BROOKFIELD FINANCIAL PROPERTIES, INC., :
BROOKFIELD FINANCIAL PROPERTIES, LP, :
BROOKFIELD PARTNERS, LP, BROOKFIELD :
PROPERTIES CORPORATION, BROOKFIELD :
PROPERTIES HOLDINGS INC., ENVIROTECH :
CLEAN AIR, INC., FGP 90 WEST STREET INC., :
G.L.O. MANAGEMENT, INC., GPS :
ENVIRONMENTAL CONSULTANTS, INC., :
GRUBB & ELLIS MANAGEMENT SERVICES, :
HILLMAN ENVIRONMENTAL GROUP, LLC., :
INDOOR ENVIRONMENTAL TECHNOLOGY, :
INC., KASCO RESTORATION SERVICES CO., :
KIBEL COMPANIES, LIBERTY VIEW :
ASSOCIATES, L.P., MERRILL LYNCH & CO, :
INC., MOODY'S HOLDINGS, INC., NOMURA :
HOLDING AMERICA, INC., NOMURA :
SECURITIES INTERNATIONAL, INC., ONE :
WALL STREET HOLDINGS, LLC., RELATED :
BPC ASSOCIATES, INC., RELATED :
MANAGEMENT CO., LP, STRUCTURE TONE :
(UK), INC., STRUCTURE TONE GLOBAL :
SERVICES, INC., THE BANK OF NEW YORK :

NEWY1\8192795.1

```
COMPANY, INC., THE RELATED COMPANIES,      :
LP, THE RELATED REALTY GROUP, INC.,        :
TISHMAN SPEYER PROPERTIES, TOSCORP         :
INC., V CUCINIELLO, WESTON SOLUTIONS,      :
INC., WFP TOWER B CO. G.P. CORP., WFP      :
TOWER B HOLDING CO., LP, and WFP TOWER     :
B. CO., L.P., ET AL,                       :
                                           :
                        Defendants.        :
----------------------------------------------- X
```

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).  To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

NEWY1\8192795.1

Dated: New York, New York.
February 6, 2008

                By:    s/ Keara M. Gordon
                  Keara M. Gordon (KMG 2323)
                  Michael D. Hynes (MH 5086)
                  DLA PIPER US LLP
                  1251 Avenue of the Americas
                  New York, New York 10020-1104
                  Phone: (212) 335-4500
                  Facsimile: (212) 335-4501

                  Robert J. Mathias (*pro hac vice
                  application pending)
                  The Marbury Building
                  6225 Smith Avenue
                  Baltimore, MD 21209-3600
                  Phone: (410) 580-3000
                  Fax: (410) 580-3001

                  *Attorneys for Defendant*
                  *FGP 90 West Street, Inc.*