UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

------------------------------------------------------------------------x
JORGE PENA,                                                                                    07CV1682

                                Plaintiffs,
                                                                   ANSWER TO
                                                                   AMENDED
                                                                   COMPLAINT

-against-

160 WATER ST., INC., 160 WATER STREET
ASSOCIATES, 4101 AUSTIN BLVD
CORPORATION, ALAN KASMAN D/B/A
KASCO, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING
STEAMATIC CATASTOPHE, INC. D,B/A EMS
CAT, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES,
LP, BROOK.FIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
ENVIROTECH CLEAN AIR, INC., FOP 90 WEST
STREET INC., G.L.O. MANAGEMENT, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
GRUBB & ELLIS MANAGEMENT SERVICES,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., KASCO RESTORATION SERVICES CO.,
KIBEL COMPANIES, LIBERTY VIEW
ASSOCIATES, L.P., MERRILL LYNCH & CO.
INC., MOODY'S HOLDINGS, INC., NOMURA
HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., ONE
WALL STREET HOLDINGS, LLC., RELATED
BPC ASSOCIATES, INC., RELATED
MANAGEMENT CO., LP, STRUCTURE TONE
(UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., THE BANK OF NEW YORK
COMPANY, INC., THE RELATED COMPANIES,
LP, THE RELATED REALTY GROUP, INC.,
TISHMAN SPEYER PROPERTIES, TOSCORP
INC., V CUCINIELLO, WESTON SOLUTIONS,
INC., WFP TOWER B CO. G.P. CORP., WFP
TOWER B HOLDING CO., LP, AND WFP

TOWER B. CO.. L.P., ET AL

        Defendants.
-----------------------------------------------------------------x

  PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

  WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
   April 1, 2008

            Yours, etc.

            FRIEDMAN, HARFENIST, LANGER & KRAUT
            Attorneys for Defendant –Envirotech
            3000 Marcus Avenue, Suite 2E1
            Lake Success, New York 11042
            (516) 775-5800

            BY: _____
               Heather L. Smar (4622)